1  THOMAS E. FRANKOVICH (State Bar #074414)
   JESSICA A. DAYTON (State Bar #231698)
2  *A PROFESSIONAL LAW CORPORATION*
   2806 Van Ness Avenue
3  San Francisco, CA   94109
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiffs RICHARD STICKNEY,
   an individual; and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION SERVICES:
   HELPING YOU HELP OTHERS,
7  a California public benefit corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>GIANT CHEF BURGER, INC., a California corporation; DEMETRIUS D. GASSOUMIS and IRENE K. KIKES, as tenants in common,<br><br>        Defendants. | **CASE NO. C 03 5243 MEJ**<br><br>**STIPULATION OF DISMISSAL;**<br><br>THE CLERK OF COURT SHALL CLOSE THE FILE. |

   The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release In Full ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

   Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED:  6/16  , 2005        THOMAS E. FRANKOVICH,
                            *A PROFESSIONAL LAW CORPORATION*


                            By:  /s/
                                JESSICA A. DAYTON
                            Attorneys for Plaintiffs RICHARD STICKNEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

DATED:  6/10  , 2005        LAW OFFICE OF BRUCE ZELIS


                            By:  /s/
                                BRUCE ZELIS
                            Attorneys for Defendants GIANT CHEF BURGER, INC., a California corporation; DEMETRIUS D. GASSOUMIS and IRENE K. KIKES, as tenants in common.

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release In Full should such enforcement be necessary.

The Clerk of Court shall close the file.

                            By:
                                HON. MARIA-ELENA
                                United

DATE:  June 16, 2005

IT IS SO ORDERED
Magistrate Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA